# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

FILED _____ D.C.

JAN 2 6 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 12-8027-JMH |
| Alexander Clements Petersmarck, | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   January 13, 18, and 20, 2012   in the county of   Palm Beach   in the
  Southern   District of   Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C., Section 876(b) (3 counts) | Mailing threatening communications- with the intent to extort from any person any money or other thing of value, the defendant deposited in any post office or authorized depository for mail matter, to be sent or delivered by the Postal Service, or caused to be delivered by the Postal Service according to the direction thereon, communications containing a threat to kidnap any person or a threat to injure the person of the addressee or of another. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI Special Agent Scott Wilson
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1-26-12

_____
*Judge's signature*

City and state:   West Palm Beach, Florida     James M. Hopkins Magistrate Judge
*Printed name and title*

# AFFIDAVIT

Your affiant, Scott Wilson, being duly sworn, does hereby depose and state as follows:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed for the past ten (10) years. I am currently assigned to the Palm Beach County, Florida Resident Agency of the FBI. During my tenure with the FBI I have conducted several investigations dealing with the Hobbs Act, bank robbery, kidnapping and extortion.

2. This affidavit is presented in support of a criminal complaint that alleges that Alexander Clements PETERSMARCK violated Title 18, United States Code, Section 876(b) on January 13, 18 and 20, 2012 in Palm Beach County, Florida, when he knowingly deposited in any post office or authorized depository for mail matter, to be sent or delivered by the Postal Service, or knowingly caused to be delivered by the Postal Service according to the direction thereon, communications containing a threat to kidnap any person or a threat to injure the person of the addressee or of another, with the intent to extort from any person any money or other thing of value. The facts set forth in this affidavit are based in part on my personal knowledge, information obtained throughout this investigation by others, including other law enforcement officers and witnesses. Because this affidavit is being submitted for the limited purpose of establishing probable cause for arrest, it does not contain each and every detail about this investigation of which I am aware.

3. On Friday, January 13, 2012, victim "M.G." ("the father") received a package through the United States Postal Service (USPS) at his residence in Palm

1

Beach, Florida. Inside the package was a letter addressed to the father along with several photographs. The letter stated that an unnamed group of individuals have been tracking the father, his wife and their daughter ("the daughter") for the past eighteen months, and documenting their daily activities. In the letter, the author demands "$5,000,000 ($5M USD) in Guatemala Government Bearer Bonds in $250,000, verified denominations and $600,000 ($6K USD) in $100 denominations of untraceable bills with inconsecutive serial numbers." The author threatened to kill the daughter if they do not get the money. The letter referenced a planned abduction of the daughter or a poisoning of the daughter at some future event.

4. One of the photographs in the package was of the daughter's vehicle in the parking lot of Toojay's Deli in Palm Beach, Florida. In the photograph, there was a white teddy bear on the front windshield of the vehicle. The daughter confirmed that on January 4, 2012, the daughter arrived at Toojay's to meet an unknown individual for business. The two agreed to meet at the restaurant at 2:00 p.m. At approximately 2:07 p.m., the individual called and cancelled the meeting. When the daughter returned to her vehicle, she observed a white teddy bear on the front windshield. It is believed this is the same white teddy bear depicted in the picture mailed to the father by the defendant. The individual who cancelled the meeting used telephone number 561-371-2312 (the "target cell phone") to communicate with the daughter. The extortion letter also makes reference to this incident.

5. In the extortion letter, the father was directed to call this same telephone number (561-371-2312), and leave a voicemail message confirming that he has received the extortion package, understands it completely and will comply.

2

6. Thereafter, members of the FBI were able to locate an apartment building in which the user of the target cell phone was possibly located while communicating over the target cell phone. This apartment building is located on Alcazar Place, in Palm Beach Gardens, Florida. It is located near the Palm Beach Gardens Mall. Agents made a list of all the license plates of vehicles parked around the building. One of the vehicles parked at this apartment building was the defendant's white 2004 four door Toyota Camry, VIN 4T1BE32K44U260941, bearing FL license plate # PR12T ("the Camry").

7. Incidentally, the Camry was photographed by the Palm Beach Police Department Plate ID System traveling east into Palm Beach, Florida on the Flagler Memorial Bridge on January 04, 2012, at approximately 1:39 p.m.[1] The Camry traveled over this bridge approximately twenty (20) minutes before the pre-arranged meeting with the daughter. This bridge is approximately 450 feet away from Toojay's Restaurant where the daughter was supposed to meet an unknown individual for a business meeting on January 04, 2012.

8. Florida Department of Motor Vehicle records confirm that PETERSMARCK owns the Camry. According to Florida Department of Motor Vehicle Records, PETERSMARCK registered the Camry at his apartment on Alcazar Place in Palm Beach Gardens, Florida. Public records also indicate that PETERSMARCK owns the Alcazar apartment. The Camry has been observed parked in the parking lot of the apartment building where the target cell phone appears to have been used.

---

[1] The other tag numbers of vehicles parked in the Alcazar apartment building did not appear to have traveled over this bridge on January 4, 2012, near the time of the arranged meeting with the daughter.

9. On January 18, 2012 and January 20, 2012, the father received two mailings through the United States Postal Service (USPS) at his office in West Palm Beach, Florida. In the January 18th mailing, the defendant sent a two way Motorola radio and a letter to the father. Once again, the defendant directed the father to bring the extortion money to a meeting and threatened, in substance, to kill the daughter if the father did not comply. In the January 20th mailing, the defendant sent a letter to the father to organize the delivery of the first payment of the extortion money and promised the family's safety if the money demands were met. The defendant assured "regret" if they were not. The father was instructed to arrive at Bloomingdale's parking lot of the Garden's Mall in Palm Beach Gardens, Florida at 5:00 p.m. on January 20th. The father was instructed to use the Motorola radio to communicate with the defendant.

10. On January 20th, an FBI Undercover Employee (UCE), acting as a trusted representative of the father, arrived at the Bloomingdale's parking lot. At approximately 5:00 p.m., the UCE made contact with the defendant on the Motorola radio.2 The defendant also communicated with the UCE via cell phone, where the defendant again used the target cell phone. During these communications, I am informed by the UCE that the speaker's voice appeared to have been altered, possibly with the aid of a mechanical device to disguise the target's voice.

11. In the extortion letter sent to the father on Friday, January 20, 2012, the defendant instructed the father to take certain actions on January 25, 2012, and to

---

2 The Motorola two-way radio advertises a maximum communication range of 1.8 miles in an urban setting with an unobstructed line of sight.

4

await further instructions on that date. The defendant planned a meeting with the father's representative at 8:00 pm on the evening of January 25, 2012. Agents planned to follow PETERSMARCK's Toyota Camry at the time of the planned meeting with the father's representative. However, while conducting surveillance on PETERSMARCK and his Toyota Camry on January 25, 2012 shortly before 4:00 pm, agents observed PETERSMARCK drive the Camry to an Enterprise rental car agency located at 3621 Blue Heron Blvd, Riviera Beach, Florida and rent a vehicle. Agents then observed PETERSMARCK enter a red four door Chevrolet HHR rental vehicle, bearing Florida plate #452IBC and drive away. Prior to PETERSMARCK leaving the Enterprise rental company premises, agents observed PETERSMARCK take a black duffle bag from his Camry and place into the rental Chevrolet.

12. Shortly before 8:00 pm, an FBI UCE, acting as an agent of the father, rented a vehicle from Budget Rental car on Belvedere Road, as instructed by the defendant. Shortly thereafter, he communicated with the extortionist(s) via the two way radio, as he was previously instructed to do. The UCE then received text messages from the target cell phone which directed the UCE to go to the parking lot of the Belvedere Baptist church, located on Congress off of Belvedere. The UCE was instructed to park next to a dumpster. The UCE was instructed via text, in substance, to transfer $1 million to a black duffle bag that would be located next to the dumpster, and to discard the UCE's briefcase into the dumpster.[3] The UCE appeared to make the money transfer. While this was transpiring, agents observed PETERSMARCK

---

[3] In a letter, the defendant specifically directed the father to purchase a Rimowa aluminum briefcase in preparation for the money drop off.

5

standing outside of the rental vehicle on Congress Avenue, approximately 200 yards from the Baptist church.

13. The defendant then directed the UCE via text, in substance, to drive to a building under construction between a Wendy's restaurant and an IHOP located on Belvedere Road, east of Australian Avenue. As the UCE was traveling to this location, the UCE received other texts from the target cell phone which stated, in substance, "You are being followed;" "You told company;" and "Wrong move." At around this time, agents observed PETERSMARCK parked in a parking lot behind the IHOP and thereafter apprehended him. Agents recovered the target cell phone from PETERSMARCK's right front pants pocket.

14. Thereafter, agents executed a search warrant at the defendant's apartment on Alcazar Place. Among other things, agents recovered a charger for the two-way radios used in the extortion plot, a box for the target cell phone found in the Defendant's pants pocket and which was used to communicate with the father and the UCE during the extortion plot, and a Spy Net Jakk's Pacific voice altering device in the defendant's apartment.

(Remainder of page intentionally left blank.)

15. Based on the aforementioned factual information, I respectfully submit that there is probable cause to believe that PETERSMARCK is involved in numerous violations of Mailing Threatening Communications (Extortion), in violation of Title 18, United States Code, Section and 876(b).

I declare under penalty of perjury that the foregoing is true and correct.

_____
Scott Wilson
Special Agent
Federal Bureau of Investigation


Subscribed and sworn to before me
this <u>26th</u> day of January, 2012

_____
James M. Hopkins
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 12-8027-JMH

UNITED STATES OF AMERICA

vs.

Alexander Clements Petersmarck,

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

                          Respectfully submitted,

                          WIFREDO A. FERRER
                          UNITED STATES ATTORNEY

BY: _____
       AURORA FAGAN
       ASSISTANT UNITED STATES ATTORNEY
       Florida Bar No.188591
       500 S. Australian Ave., Ste. 400
       West Palm Beach, Fl 33401
       TEL (561) 820-8711
       FAX (561) 802-1787

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 12-8027-JMH

## BOND RECOMMENDATION

DEFENDANT: Alexander Clements Petersmarck

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: Aurora Pagan

Last Known Address: Palm Beach County Jail

What Facility: PBCJ

Agent(s): FBI SA Scott Wilson
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)
954-553-0618